**UNITED STATES BANKRUPTCY COURT**
1300 CLAY STREET, SUITE 300
OAKLAND CA 94612
(510) 273-7212 EXT. 28
Fax:(510) 273-7992

*FILED*

*08 AUG 29 AM 9: 30*

E-filing

*07-4141 MHP*

Richard W. Wieking
Clerk of the District Court
P.O. Box 36060
San Francisco CA 94102

**C 08    4127**

**MHP**

Case Name: Western Asbestos Co.
Case Number: 02-46284 T11
Adversary Name: Trust Advisory Committee et al v. Hartford Accident & Indemnity Company
Adversary Number: 07-4141 AT

Dear Mr. Wieking:

Enclosed please find a copy of the Notice of Appeal, Election to District Court document, as well as certified copies of the docket and order on appeal for assignment to a District Court judge.

Please acknowledge receipt of transmittal by stamping the District Court number on the copy of the transmittal memo and return in the envelope provided.

Very truly yours,

Patricia Lenhart
Deputy Clerk for
Gloria L. Franklin, Clerk

1   David R. Singer (SBN 204699)
    HOGAN & HARTSON LLP
2   1999 Avenue of the Stars
3   Suite 1400
    Los Angeles, California 90067
4   Tel: (310) 785-4600 / Fax: (310) 785-4601
    drsinger@hhlaw.com
5                                   E-filing
6   William J. Bowman (*pro hac vice*)
    Joshua D. Weinberg
7   HOGAN & HARTSON LLP
    555 Thirteenth Street, N.W.
8   Washington, DC 20004
    Tel: (202) 637-5600 / Fax: (202) 637-5910
9   wjbowman@hhlaw.com

10  Attorneys for HARTFORD ACCIDENT AND
11  INDEMNITY COMPANY

12            UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF CALIFORNIA
13                      OAKLAND DIVISION

14  In re                              Case Nos. 02-46284 through 02-46286
                                       Jointly Administered under No. 02-46284T
15  WESTERN ASBESTOS COMPANY,
    WESTERN MACARTHUR CO., and         Chapter 11
16  MAC ARTHUR CO.,

17            Debtors.

18  HON. CHARLES RENFREW (RET.),
    FUTURES REPRESENTATIVE TO THE       Adv. Proceeding No. 07-04141
19  WESTERN ASBESTOS SETTLEMENT
    TRUST, AND THE TRUST ADVISORY      **NOTICE OF APPEAL AND NOTICE**
20  COMMITTEE TO THE WESTERN           **OF ELECTION TO HAVE APPEAL**
    ASBESTOS SETTLEMENT TRUST,         **HEARD BY A DISTRICT JUDGE**
21
              Plaintiffs,
22
         v.
23
    HARTFORD ACCIDENT AND INDEMNITY
24  COMPANY,

              Defendant.
25

26

27
    NOTICE OF APPEAL                              Case No. 02-46284T
                                                 Adv. Proceeding No. 07-0414
28

1    Defendant Hartford Accident and Indemnity Company ("Hartford"), pursuant to

2    28 U.S.C. § 158(a), appeals from the Court's August 11, 2008 Order and Permanent Injunction

3    Granting Trust Fiduciaries' Motion for Partial Summary Judgment, Denying Hartford Accident

4    and Indemnity Company's Motions for Judgment on the Pleadings or Summary Judgment,

5

6    Ordering Production of Audit Information, and Dismissing Trust Fiduciaries' Second Cause of

7    Action as Moot [Dckt #76]. On appeal, Hartford seeks relief from a United States District Judge.

8    The names of the parties to the Order appealed from, along with the names and

9    addresses of counsel are as follows:

10   *Western Asbestos PI Trust:*

11   Laura J. Remington
     Morgan, Lewis & Bockius LLP
12   One Market, Spear Street Tower
     San Francisco, CA 94105
13

14   Janet L. Chubb
     Jones Vargas LLP
15   100 West Liberty Street
     12th Floor
16   Reno, NV 89501

17   *Trust Advisory Committee of the Western Asbestos PI Trust:*

18   Michael H. Ahrens
     Steven B. Sacks
19   Shepppard, Mullin, Richter & Hampton LLP
     Four Embarcadero Center, 17th Floor
20   San Francisco, CA 94105

21   *The Hon. Charles Renfew, Representative of Future Demand Holders:*

22   Gary S. Fergus
     Fergus, a law firm
23   595 Market Street, Suite 2430
     San Francisco, CA 94105

24

25

26

27
     NOTICE OF APPEAL                                              Case No. 02-46284T
                                                                   Adv. Proceeding No. 07-04141
                                        1
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

/s/ Joshua Weinberg
William J. Bowman
Joshua D. Weinberg
HOGAN & HARTSON LLP
555 Thirteenth Street, N.W.
Washington, D.C.  200004
(202) 637-5600

- and -

David R. Singer
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
(310) 785-4600

Counsel for Hartford Accident and
Indemnity Company

Dated:        August 21, 2008

Entered on Docket
**August 12, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  GARY S. FERGUS (Cal. Bar No. 095318) **Signed: August 11, 2008**
   FERGUS, a law firm
2  595 Market Street, Suite 2430
   San Francisco, California 94115
3  Telephone:  (415) 537-9032  **E-filing**
4  Facsimile:   (415) 537-9038                            _____
                                                          **LESLIE TCHAIKOVSKY**
5                                                         **U.S. Bankruptcy Judge**

   Counsel to the Hon. Charles Renfrew (Ret.),
6  Futures Representative to the Western
7  Asbestos Settlement Trust

8  MICHAEL H. AHRENS (Cal. Bar No. 44766)
   STEVEN B. SACKS (Cal. Bar No. 98875)
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership          I hereby certify that the foregoing/annexed
10 Including Professional Corporations       instrument is a true and correct copy of the
   Four Embarcadero Center, 17th Floor       original on file in the Northern District of Calif.
11 San Francisco, California 94111
   Telephone:  (415) 434-9100               Dated:         Gloria L. Franklin, Clerk
12 Facsimile:   (415) 434-3947                             U.S. Bankruptcy Court
13                                           8-37-08        By: _____
   Counsel for the Trust Advisory Committee to the                Deputy Clerk
14 Western Asbestos Settlement Trust

15              UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF CALIFORNIA
16                     OAKLAND DIVISION
17
   In re                              )   Case Nos. 02-46284 T
18                                    )   CHAPTER 11
   WESTERN ASBESTOS COMPANY,          )
19                                    )
          Debtors.                    )
20  _____ )
                                      )
21 HON. CHARLES RENFREW (RET.),       )   Adv. Proc. No. 07-04141
   FUTURES REPRESENTATIVE TO THE      )   **ORDER AND PERMANENT**
22 WESTERN ASBESTOS SETTLEMENT        )   **INJUNCTION GRANTING TRUST**
   TRUST, AND THE TRUST ADVISORY      )   **FIDUCIARIES' MOTION FOR PARTIAL**
23 COMMITTEE TO THE WESTERN           )   **SUMMARY JUDGMENT, DENYING**
   ASBESTOS SETTLEMENT TRUST,         )   **HARTFORD ACCIDENT AND**
24                                    )   **INDEMNITY COMPANY'S MOTIONS**
          Plaintiffs,                 )   **FOR JUDGMENT ON THE PLEADINGS**
25                                    )   **OR SUMMARY JUDGMENT,**
       v.                             )   **ORDERING PRODUCTION OF AUDIT**
26                                    )   **INFORMATION, AND DISMISSING**
   HARTFORD ACCIDENT AND INDEMNITY    )   **TRUST FIDUCIARIES SECOND CAUSE**
27 COMPANY,                           )   **OF ACTION AS MOOT**
                                      )
28        Defendants.                 )

The Court having issued its Memorandum of Decision Re Various Motions Regarding Hartford Accident and Indemnity's Rights Under the Settlement Agreement,

IT IS HEREBY ORDERED,

1.    Plaintiff's Motion for Partial Summary Judgment filed by the Honorable Charles Renfrew (Ret.) and the Trust Advisory Committee to the Western Asbestos Settlement Trust ("Trust Fiduciaries") is granted and the Court grants relief and directs judgment to be entered as set forth below.

2.    Defendant Hartford Accident and Indemnity Company's ("Hartford") Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment is denied.

3.    The Second Claim for Relief of the Trust Fiduciaries' adversary complaint for a preliminary injunction is dismissed as moot.

4.    The Claim for Relief set out in Hartford's Counterclaim is denied except to the extent provided herein.

5.    This Order shall constitute a permanent injunction, subject to modification upon stipulation of the Parties or upon further order of the Court after hearing. This injunction binds Hartford and its officers, agents, servants, employees and attorneys and upon those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise.

6.    Western Asbestos Settlement Trust (the "Trust") is hereby ordered to make available to Hartford for inspection and copying, to enable Hartford to conduct its review and/or audit of the Trust's payment of asbestos related claims pursuant to Section 14.1 of the Parties' Settlement Agreement, the following materials (which together with all copies, extracts derived there from and information contained therein shall be defined as "Audit Materials"):

    a.    all claimant submissions to the Trust, including attachments;

    b.    as to those claimant submissions, all written communications (including electronically-stored communications such as electronic mail and electronically-submitted documents) between the Trust and claimants with respect to the claimant's submissions and the Trust's resolution of the claims, including medical

1

2

records, exposure history, economic information as well as the settlement amount
and payment information;

3

4

5

c. records in the Trust's databases containing data either submitted by the claimant or
derived from claimants' submissions to the Trust as well as the settlement amount
and payment information; and

6

7

d. all compilations or summaries prepared by the Trust regarding any of the
foregoing.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This Order applies to the Audit Materials provided to Hartford. Hartford shall bear all costs
reasonably incurred in connection with Hartford's audit and review of the Audit Materials or
otherwise to comply with this Order, including a reasonable allocation for the time of Trust
employees as well as Trust and Trust Fiduciaries' attorney's fees. The Trust shall not be required
by this Order to provide to Hartford any Trust files, information or documents that are protected
by a legally applicable Trust privilege. Inadvertent production of privileged information or
confidential information that is not within the definition of Audit Materials is not a waiver of any
privilege or protection with respect to that information, and the Trust reserves the right to seek the
return of any such information. In the event that as part of the Review and Audit, the Trust
provides information to Hartford that exceeds the definition of Audit Materials, Hartford will treat
the information as though it were Audit Materials. The Trust shall prepare and provide to
Hartford a log of any documents withheld on an assertion of privilege that shall conform
substantially to the requirements of the Federal Rules of Civil Procedure. Audit Materials shall be
made available, as currently maintained in the ordinary course of the Trust's operations, in
electronic format with industry standard protections for transmitting data, provided that such
protections shall not interfere with Hartford's ability to audit, review, inspect, copy or otherwise
use Audit Materials consistent with the terms of this Order. To the extent Audit Materials are only
available in hard copies, the Trust will make the documents available for inspection and copying
in Reno NV or another mutually convenient location at the Trust's election. Except as provided in
paragraph 8(d) below, no later than six months after Hartford's receipt of Audit Materials, those
materials shall be returned to the Trust or destroyed and Hartford shall certify by affidavit to the

Trust that all copies of the Audit Materials in Hartford's possession, custody or control have been destroyed, provided however that Hartford may advise the Trust that it wishes to retain a limited number of documents or excerpts from them to memorialize or summarize the audit and review conclusions, in which case the Trust and Hartford will seek to reach agreement on such retention and may bring any dispute to the Court.

7.     Hartford shall maintain the confidentiality of all Audit Materials and shall not disclose, release, share or disseminate any Audit Materials except as provided herein. Audit Materials produced pursuant to this Order shall only be used for purposes of this Trust in this bankruptcy proceeding (including this Adversary Proceeding) and shall not be used for any other purpose or in any other proceeding ("Allowed Purpose") or disclosed to any person not authorized by this Order to see Audit Materials. In the event that any person or entity not authorized by this Order to see Audit Materials ("third party") seeks access to such materials in the possession of any Party, or other person or entity, the Party, person or other entity from which Audit Materials are sought shall immediately inform the third party of the existence of this Order and notify the Trust of the existence of the request for access to Audit Materials.

8.     In addition to the Trust as the producing party, including the Trustees of the Trust, Trust employees, counsel for the Trust and Trust Fiduciaries and their employees, and third-party consultants and experts of the Trust and Trust Fiduciaries, Audit Materials may be given, shown, made available to, or communicated to only the following:

a.     Hartford, including an officer, director, in-house counsel or employee, and Hartford's counsel and its employees;

b.     third party consultants and independent experts who need access to Audit Materials for an Allowed Purpose and who are working directly on the Hartford audit and/or review pursuant to Section 14.1 of the Settlement Agreement and who have executed Exhibit A to this Order agreeing to be bound by this Order;

c.     employees of copying, imaging and computer services for the purpose of copying, imaging or organizing documents for purposes of working directly on the Hartford audit and/or review pursuant to Section 14.1 of the Settlement Agreement provided that

all Audit Materials are retrieved by the Party furnishing those documents upon completion of copying and/or imaging;

        d.     Hartford's reinsurers provided however that Hartford shall be required to first serve each such reinsurer who seeks Audit Materials with a copy of the this order and the judgment. Each reinsurer that thereafter accepts Audit Materials from Hartford shall be subject to the same restrictions and obligations with respect to such Audit Materials as set forth in this order and the judgment provided however, that the purposes for which the Audit Materials may be used by such reinsurer and Hartford shall be limited to issues pertaining to Hartford's reinsurance claim.

        e.     this Court and Court Staff. Audit Materials shall be filed under seal.

9.     Hartford shall keep the original of each signed Exhibit A.

10.     Nothing in this Order shall constitute a waiver of any claim of immunity or privilege with respect to any testimony, document or information.

11.     In the event that Audit Materials are disclosed inadvertently to someone not authorized under the terms of this Order to receive such information, counsel of record for the party involved shall immediately give notice to the Trust and shall also describe the circumstances surrounding the unauthorized disclosure and take such steps as are reasonably necessary to have the Audit Materials restored to their confidential status.

12.     The termination of the Hartford review and/or audit pursuant to Section 14.1 of the Settlement Agreement shall not thereafter relieve the parties from the obligation of maintaining the confidentiality of all Audit Materials which are received pursuant to this Order and the Court shall retain jurisdiction after the termination of this adversary proceeding to enforce and/or to modify this Order.

1

**EXHIBIT A**

2

**AGREEMENT CONCERNING MATERIAL COVERED BY AN ORDER**
**ENTERED IN THE UNITED STATES BANKRUPTCY COURT**

3

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

4

5        The undersigned hereby acknowledges that he or she has read the attached

6    **ORDER AND PERMANENT INJUNCTION GRANTING TRUST FIDUCIARIES'**

7    **MOTION FOR PARTIAL SUMMARY JUDGMENT etc.** (the "Order) entered in In re

8    Western Asbestos Company, Case No. 02-46284T, United States Bankruptcy Court for the

9    Northern District of California, and understands the terms thereof and agrees to use and

10   disseminate Audit Materials only pursuant to the terms of the Order. The undersigned

11   further acknowledges and understands that a violation of the Order could be punishable as

12   a contempt of court.

13

14   Dated: _____

15

16                                            _____

17

18

19

20

21

22

23

24

25

26

27

28

1  Certificate of Service for ORDER AND PERMANENT INJUNCTION GRANTING
   TRUST FIDUCIARIES' MOTION FOR PARTIAL SUMMARY JUDGMENT,
2  DENYING HARTFORD ACCIDENT AND INDEMNITY COMPANY'S MOTIONS
3  FOR JUDGMENT ON THE PLEADINGS OR SUMMARY JUDGMENT, ORDERING
   PRODUCTION OF AUDIT INFORMATION, AND DISMISSING TRUST
4  FIDUCIARIES SECOND CAUSE OF ACTION AS MOOT filed on **7/22/08, Docket
5  No. 75**.

6                          * * * END OF ORDER * * *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

COURT SERVICE LIST

2

David R. Singer
Hogan & Hartson
3 1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
4

Michael H. Ahrens
Steven B. Sacks
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111

5 Gary Fergus
Fergus, a law firm
6 595 Market Street, Suite 2430
San Francisco, CA 94115
7

William J. Bowman
James P. Ruggeri
Joshua D. Weinberg
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, D.C. 20004

8
Laura Remington
9 Morgan Lewis & Bockius LLP
One Market - Spear Street Tower
10 San Francisco, CA 94105

Janet L. Chubb
Jones Vargas
100 West Liberty St.
Twelfth Floor
Reno, Nevada 89501

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**APPEAL**

## U.S. Bankruptcy Court
### Northern District of California (Oakland)
### Adversary Proceeding #: 07-04141
### Internal Use Only

*Assigned to:* Judge Leslie J. Tchaikovsky
*Related BK Case:* 02-46284
*Related BK Title:* Western Asbestos Co.
*Related BK Chapter:* 11
*Demand:*
*Nature[s] of Suit:* 91 Declaratory judgment
72 Injunctive relief - other

*Date Filed:* 08/30/07

**C 08    4127**

**Plaintiff**

-----------------------

**Trust Advisory Committee**
c/o Sheppard Mullin Richter & Hampton
Attn: Michael Ahrens
4 Embarcadero Center
17th Floor
San Francisco, CA 94111-4109
415-434-9100

represented by

**Jeffrey K. Rehfeld**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415) 434-9100

**Michael H. Ahrens**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415)434-9100
Email: mahrens@sheppardmullin.com
*LEAD ATTORNEY*

**Steven B. Sacks**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415)434-9100
Email: ssacks@sheppardmullin.com

**Hon. Charles Renfrew (Ret.)**
595 Market St. #2430
San Francisco, CA 94105

represented by **Gary S. Fergus**
Fergus Law Firm
595 Market St. #2430
San Francisco, CA 94105
(415) 537-9032
Email: gfergus@ferguslegal.com
*LEAD ATTORNEY*

V.

## Defendant
------------------------

**Hartford Accident & Indemnity
Company**
Hartford Accident & Indemnity Company
Attn: Officer, managing, general agent
Hartford Plaza
Hartford, CT 06155

represented by **Joshua Weinberg**
Hogan and Hartson LLP
555 13th St. N.W.
Washington, DC 20004
(202)637-5600
Email: jdweinberg@hhlaw.com

## Intervenor
------------------------

**Trustees of the Western Asbestos
Settlement Trust**
c/o Janet L. Chubb
Jones Vargas
100 West Liberty Street 12th Floor
P. O. Box 281
Reno, NV 89504

represented by **Janet L. Chubb**
Law Offices of Jones Vargas
100 W Liberty St. 12th Fl.
P.O. Box 281
Reno, NV 89504
(775) 786-5000
Email: jlc@jonesvargas.com

## Counter-Claimant
------------------------

**Hartford Accident & Indemnity
Company**
Hartford Accident & Indemnity Company
Attn: Officer, managing, general agent
Hartford Plaza
Hartford, CT 06155

represented by

**Joshua Weinberg**
(See above for address)

V.

## Counter-Defendant
------------------------

**Trust Advisory Committee**
c/o Sheppard Mullin Richter & Hampton
Attn: Michael Ahrens
4 Embarcadero Center
17th Floor
San Francisco, CA 94111-4109
415-434-9100

represented by

**Michael H. Ahrens**
(See above for address)

**Hon. Charles Renfrew (Ret.)**
595 Market St. #2430
San Francisco, CA 94105

represented by **Gary S. Fergus**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 08/30/2007 | ❶1 | Adversary case <u>07-04141</u>. 91 (Declaratory judgment), 72 (Injunctive relief - other) Complaint by Trust Advisory Committee against Hartford Accident & Indemnity Company. Fee Amount $250. (Attachments: # <u>1</u> Exhibit Exhibit 1, part 1 of 2# <u>2</u> Exhibit Exhibit 1, part 2 of 2# <u>3</u> Exhibit Exhibit 2# <u>4</u> Exhibit Exhibit 3# <u>5</u> Exhibit Exhibit 4# <u>6</u> Exhibit Exhibit 5# <u>7</u> AP Cover Sheet # <u>8</u> Summons to be Issued and Notice of Status Conference in Adversary Proceeding) (Rehfeld, Jeffrey) Modified on 8/31/2007 REPRESENTED BY SECTION NOT FILED OUT CORRECTLY. NO SUMMONS TO BE ISSUED OR ADVERSARY COVER SHEET FILED. (am, ). Modified on 9/4/2007 THE ATTORNEY, GARY S. FERGUS WAS NOT ASSOCIATED WITH THE SECOND PLAINTIFF, HIS CLIENT, HON. CHARLES RENFREW. COURT Created THE ASSOCIATION.(jkw, ). Modified on 9/4/2007 (am, ). (Entered: 08/30/2007) |
| 08/30/2007 | | Receipt of filing fee for Complaint(07-04141) [cmp,cmp] ( 250.00). Receipt number 4583797, amount $ 250.00 (U.S. Treasury) (Entered: 08/30/2007) |
| 08/31/2007 | ❶ | **ERROR** REPRESENTED BY SECTION NOT FILED OUT CORRECTLY. NO SUMMERS TO BE ISSUED OR ADVERSARY COVER SHEET FILED. CORRECTION REQURIED (RE: related document(s)<u>1</u> Complaint filed by Plaintiff Trust Advisory Committee). (am, ) (Entered: 08/31/2007) |
| 09/04/2007 | ❶ | **CORRECTIVE ENTRY**The Attorney, Gary S. Fergus Was Not Associated with the Second Plaintiff, His Client, Hon. Charles Renfrew. Court Created the Association. (RE: related document(s)<u>1</u> Complaint filed by Plaintiff Trust Advisory Committee). (jkw, ) (Entered: 09/04/2007) |
| 09/04/2007 | 2 | **COURT ENTRY**RC SPOKE WITH CHAMBERS REGARDING THE TWO PLAINTIFFS AND THE TWO ATTORNEYS WHO EACH WORKS FOR DIFFERENT LAW FIRMS. ONE SUMMONS WILL BE ISSUED TO THE ATTORNEY, MICHAEL H. AHRENS, ONLY. COURT WILL NOT ISSUE A SUMMONS TO THE ATTORNEY, GARY S, FERGUS. THE RC SPOKE WITH BOTH ATTORNEYS AND THEY ARE FINE WITH THIS. (RE: related document(s)<u>1</u> Complaint filed by Plaintiff Trust Advisory Committee). (jkw, ) (Entered: 09/04/2007) |
| 09/04/2007 | ❶<u>3</u> | Summons Issued on Hartford Accident & Indemnity Company Answer Due 10/4/2007. Status Conference to be held on 11/8/2007 at 11:00 AM at Oakland Room 201 - Tchaikovsky. (am, ) (Entered: 09/04/2007) |

| 09/04/2007 | 🔵4 | Order Regarding Initial Disclosures and Discovery Conference . (Attachments: # 1 BDRP# 2 Notice to Plaintiff) (am, ) (Entered: 09/04/2007) |
|---|---|---|
| 09/06/2007 | 🔵5 | Motion to Intervene Filed by Intervenor TRUSTEES OF THE WESTERN ASBESTOS SETTLEMENT TRUST. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Chubb, Janet) (Entered: 09/06/2007) |
| 09/06/2007 | 🔵6 | Notice of Hearing (RE: related document(s)5 Motion to Intervene filed by Intervenor Trustees of the Western Asbestos Settlement Trust). Hearing scheduled for 11/8/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky Filed by Intervenor Trustees of the Western Asbestos Settlement Trust. (Chubb, Janet) Modified on 9/17/2007 INCORRECT HEARING INFORMATION. COURT CORRECTED LOCATION (pl, ). (Entered: 09/06/2007) |
| 09/06/2007 | 🔵7 | Summons Service Executed on Hartford Accident & Indeminity Companny. Trust Advisory Committee 9/6/2007 *Certificate of Mailing*. (Rehfeld, Jeffrey) Modified on 9/11/2007 (am, ). (Entered: 09/06/2007) |
| 09/07/2007 | 🔵8 | Amended Motion to Intervene *; Memorandum of Points and Authorities* Filed by Intervenor TRUSTEES OF THE WESTERN ASBESTOS SETTLEMENT TRUST. (Attachments: # 1 Exhibit A to Amended Motion to Intervene# 2 Exhibit B to Amended Motion to Intervene# 3 Exhibit C to Amended Motion to Intervene# 4 Exhibit D to Amended Motion to Intervene# 5 Exhibit E to Amended Motion to Intervene) (Chubb, Janet) (Entered: 09/07/2007) |
| 09/07/2007 | 🔵9 | Amended Notice of Hearing *on Motion of the Trustees of The Western Asbestos Settlement Trust's Motion to Intervene; Memorandum of Points and Authorities* (RE: related document(s)8 Motion to Intervene, filed by Intervenor TRUSTEES OF THE WESTERN ASBESTOS SETTLEMENT TRUST). Hearing scheduled for 11/8/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Intervenor TRUSTEES OF THE WESTERN ASBESTOS SETTLEMENT TRUST. (Chubb, Janet) (Entered: 09/07/2007) |
| 09/09/2007 | 🔵10 | Corrected Notice of Status Conference to be held on 11/8/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Plaintiff Hon. Charles Renfrew (Ret.). (Fergus, Gary) (Entered: 09/09/2007) |
| 09/12/2007 | 🔵11 | Certificate of Service (RE: related document(s)8 Motion to Intervene,, 5 Motion to Intervene, 9 Notice of Hearing,, 6 Notice of Hearing, ). Filed by Intervenor Trustees of the Western Asbestos Settlement Trust (Chubb, Janet) Modified on 9/13/2007 COURT MODIFIED FILER INFORMATION FROM ALL CAPS TO INITIAL CAPS(jkw, ). |

| | | |
|---|---|---|
| | | (Entered: 09/12/2007) |
| 09/13/2007 | ❍ | **ERROR**COURT MODIFIED FILER INFORMATION FROM ALL CAPS TO INITIAL CAPS. IN THE FUTURE, PLEASE ENTER PARTY IN INITIAL CAPS (RE: related document(s)8 Motion to Intervene filed by Intervenor Trustees of the Western Asbestos Settlement Trust, 11 Certificate of Service filed by Intervenor Trustees of the Western Asbestos Settlement Trust). (jkw, ) (Entered: 09/13/2007) |
| 09/14/2007 | ❍12 | Notice of Hearing *(2nd Amended) with Certificate of Service* (RE: related document(s)8 Motion to Intervene, filed by Intervenor Trustees of the Western Asbestos Settlement Trust). Hearing scheduled for 11/8/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Intervenor Trustees of the Western Asbestos Settlement Trust. (Chubb, Janet) Modified on 9/17/2007 INCORRECT HEARING INFORMATION. COURT CORRECTED LOCATION (pl, ). (Entered: 09/14/2007) |
| 09/19/2007 | ❍13 | Answer to Complaint , Counterclaim by Hartford Accident & Indemnity Company against all plaintiffs Filed by Hartford Accident & Indemnity Company. (Weinberg, Joshua) (Entered: 09/19/2007) |
| 09/19/2007 | ❍14 | Response to *Motion to Intervene* (RE: related document(s)8 Motion to Intervene,, 5 Motion to Intervene). Filed by Defendant Hartford Accident & Indemnity Company (Weinberg, Joshua) (Entered: 09/19/2007) |
| 09/19/2007 | ❍15 | Certificate of Service (RE: related document(s)13 Answer to Complaint, Counterclaim, 14 Response). Filed by Defendant Hartford Accident & Indemnity Company (Weinberg, Joshua) (Entered: 09/19/2007) |
| 10/12/2007 | ❍16 | Stipulation *to Extend Time to Answer Hartford Counterclaim* Filed by Counter-Defendants Hon. Charles Renfrew (Ret.), Trust Advisory Committee (RE: related document(s)13 Answer to Complaint, Counterclaim filed by Counter-Claimant Hartford Accident & Indemnity Company, Defendant Hartford Accident & Indemnity Company). (Fergus, Gary) (Entered: 10/12/2007) |
| 10/24/2007 | ❍17 | Order on Trustees of the Western Asbestos Settlement Trust's Motion to Intervene and to Vacate Hearing Date (Related Doc # 8) (pl, ) (Entered: 10/26/2007) |
| 10/26/2007 | ❍18 | Notice of *Continuance of November 8, 2007* Status Conference to be held on 1/17/2008 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Plaintiff Trust Advisory Committee. (Rehfeld, Jeffrey) (Entered: 10/26/2007) |

| 10/26/2007 | ❍19 | Certificate of Service *Notice of Continuance of November 8, 2007 Status Conference Hearing to January 17, 2008* (RE: related document(s)18 Notice of Status Conference). Filed by Plaintiff Trust Advisory Committee (Rehfeld, Jeffrey) (Entered: 10/26/2007) |
|---|---|---|
| 10/28/2007 | ❍20 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)17 Order on Motion to Intervene). Service Date 10/28/2007. (Admin.) (Entered: 10/28/2007) |
| 11/01/2007 | ❍21 | Answer to Counterclaim *of Defendant Hartford Accident and Indemnity Company* Filed by Hon. Charles Renfrew (Ret.), Trust Advisory Committee. (Fergus, Gary) (Entered: 11/01/2007) |
| 01/15/2008 | ❍22 | Notice of Hearing (RE: related document(s)23 Motion) *on Hartford's Motion for Judgment* Hearing scheduled for 3/6/2008 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Defendant Hartford Accident & Indemnity Company. (Weinberg, Joshua) Modified on 1/16/2008 DOCUMENT WAS FILED OUT OF ORDER AND NOT LINKED PROPERLY(pl, ). (Entered: 01/15/2008) |
| 01/15/2008 | ❍23 | Motion *for Judgment on the Pleadings or, in the Alternative, for Summary Judgment* Filed by Defendant Hartford Accident & Indemnity Company. (Attachments: # 1 Declaration of William J. Bowman# 2 Exhibit 1, Part 1 to Bowman Declaration# 3 Exhibit 1, Part 2 to Bowman Declaration# 4 Exhibit 1, Part 3 to Bowman Declaration# 5 Exhibit 2-8 to Bowman Declaration) (Weinberg, Joshua) Modified on 1/16/2008 THE MOTION ASKS FOR MULTIPLE RELIEF TYPES (pl, ). (Entered: 01/15/2008) |
| 01/16/2008 | ❍ | **\*\*ERROR\*\*** DOCUMENT WAS FILED OUT OF ORDER AND NOT LINKED PROPERLY. NOTICES MUST ALWAYS BE FILED AFTER THE MOTION BEING HEARD TO ALLOW IT TO BE LINKED. (RE: related document(s)22 Notice of Hearing filed by Counter-Claimant Hartford Accident & Indemnity Company, Defendant Hartford Accident & Indemnity Company). (pl, ) (Entered: 01/16/2008) |
| 01/16/2008 | ❍ | **\*\*ERROR\*\*** THE MOTION ASKS FOR MULTIPLE RELIEF TYPES. THE ATTORNEY CAN DOCKET THIS CORRECTLY BY HOLDING DOWN THE "CTRL" KEY AND CHOOSING ALL THE TYPES OF RELIEF BEING REQUESTED (RE: related document(s)23 Motion Miscellaneous Relief filed by Counter-Claimant Hartford Accident & Indemnity Company, Defendant Hartford Accident & Indemnity Company). (pl, ) (Entered: 01/16/2008) |
| 01/17/2008 | ❍ | MINUTES: STATUS CONFERENCE HELD ON 1/17/08 AT 2:00 P.M. APPEARING: GARY FERGUS - FOR PLTF./C-DEFT. HON. CH. RENFREW, FUTURES REPRESENTATIVE, STEVEN SACKS - FOR |

PLTF./C-DEFT. TRUST ADVISORY COMMITTEE, WILLIAM
BOWMAN - FOR DEFT./C-PLTF. HARTFORD, LAURA
REMINGTON - FOR INTERVENOR, WESTERN ASBESTOS
SETTLEMENT TRUST. 1) THE MEDIATION BEFORE JUDGE
NEWSOME IN THE MAIN CASE RE. HARTFORD'S MOTION TO
ENFORCE THE SETTLEMENT AGREEMENT, WHICH IS LINKED
TO THIS ADVERSARY, WAS UNSUCCESSFUL, SO THE MOTION IS
UNDER SUBMISSION OF JUDGE TCHAIKOVSKY NOW. 2)
HARTFORD HAS FILED A MOTION FOR JUDGMENT ON THE
PLEADINGS, OR SUMMARY JUDGMENT, IN THIS ADVERSARY
CASE, AND IT IS SCHEDULED FOR A HEARING ON 2/21/07 AT
2:00 P.M. (RESET FROM 3/6/08 AT 2:00 P.M. PER HARTFORD). 3)
STATUS CONFERENCE IS CONTINUED TO 2/21/08 AT 2:00 P.M. 4)
DISCOVERY SCHEDULE TO BE SET IN CASE THE MOTION IS
NOT SUCCESSFUL. MR. FERGUS PROPOSES THE DISCOVERY
DEADLINES ON THE RECORD. PARTIES WILL WORK OUT AN
AGREEABLE SCHEDULE, AND WILL SUBMIT THE PROPOSED
SCHEDULE TO THE COURT. 5) IF A CROSS-MOTION IS FILED,
AND/OR MORE TIME IS NEEDED, THE HEARING ON THE
MOTION AND THE STATUS CONFERENCE MAY BE
RESCHEDULED. 6) MR. FERGUS STATES THAT HE WILL BE
FILING CONFIDENTIAL DOCUMENTS IN RESPONSE TO
HARTFORD'S MOTION, SO THEY MAY HAVE TO BE FILED
UNDER SEAL. (RE: related document(s)1 Adversary case 07-04141. 91
(Declaratory judgment), 72 (Injunctive relief - other) Complaint by Trust
Advisory Committee against Hartford Accident & Indemnity Company.
Fee Amount $250. (Attachments: # (1) Exhibit Exhibit 1, part 1 of 2# (2)
Exhibit Exhibit 1, part 2 of 2# (3) Exhibit Exhibit 2# (4) Exhibit Exhibit
3# (5) Exhibit Exhibit 4# (6) Exhibit Exhibit 5# (7) AP Cover Sheet # (8)
Summons to be Issued and Notice of Status Conference in Adversary
Proceeding) (Rehfeld, Jeffrey) Modified on 8/31/2007 REPRESENTED
BY SECTION NOT FILED OUT CORRECTLY. NO SUMMONS TO
BE ISSUED OR ADVERSARY COVER SHEET FILED. (am, ).
Modified on 9/4/2007 THE ATTORNEY, GARY S. FERGUS WAS
NOT ASSOCIATED WITH THE SECOND PLAINTIFF, HIS CLIENT,
HON. CHARLES RENFREW. COURT Created THE
ASSOCIATION.(jkw, ). Modified on 9/4/2007 (am, )., 18 Notice of
*Continuance of November 8, 2007* Status Conference to be held on
1/17/2008 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by
Plaintiff Trust Advisory Committee. (Rehfeld, Jeffrey)). Status
Conference to be held on 2/21/2008 at 2:00 PM Oakland Room 201 -
Tchaikovsky for 18, (hb, ) (Entered: 01/17/2008)

| 01/21/2008 | ●24 | First Amended Notice of Hearing *on Motion for Judgment* (RE: related document(s)23 Motion Miscellaneous Relief, filed by Counter-Claimant Hartford Accident & Indemnity Company, Defendant Hartford Accident & Indemnity Company). Hearing scheduled for 2/21/2008 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Defendant Hartford |

| | | Accident & Indemnity Company. (Weinberg, Joshua) (Entered: 01/21/2008) |
|---|---|---|
| 01/21/2008 | ❑25 | Certificate of Service (RE: related document(s)23 Motion Miscellaneous Relief, ). Filed by Defendant Hartford Accident & Indemnity Company (Weinberg, Joshua) (Entered: 01/21/2008) |
| 01/22/2008 | ❑26 | Intervenor's Complaint *For Declaratory Relief* by Janet L. Chubb on behalf of Trustees of the Western Asbestos Settlement Trust against Hartford Accident & Indemnity Company. (Attachments: # 1 Summons to be Issued) (Chubb, Janet) (Entered: 01/22/2008) |
| 02/29/2008 | ❑27 | Ex Parte Motion *Agreed to File Certain Trust Materials Under Seal* Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee. (Attachments: # 1 Declaration of Steven B. Sacks# 2 Certificate of Service) (Sacks, Steven) (Entered: 02/29/2008) |
| 03/03/2008 | ❑28 | Second Amended Notice of Hearing *on Motion for Judgment and Notice of Status Conference* (RE: related document(s)23 Motion Miscellaneous Relief, filed by Counter-Claimant Hartford Accident & Indemnity Company, Defendant Hartford Accident & Indemnity Company). Hearing scheduled for 3/31/2008 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Defendant Hartford Accident & Indemnity Company. (Weinberg, Joshua) (Entered: 03/03/2008) |
| 03/03/2008 | ❑29 | Order Granting Motion to File Under Seal(Related Doc # 27) (am, ) (Entered: 03/03/2008) |
| 03/03/2008 | ❑30 | Motion for Summary Judgment *Motion for Partial Summary Judgment* Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee. (Fergus, Gary) (Entered: 03/03/2008) |
| 03/03/2008 | ❑31 | Notice of Hearing *on Plaintiffs' Motion for Partial Summary Judgment* (RE: related document(s)30 Motion for Summary Judgment/Adjudication filed by Counter-Defendant Trust Advisory Committee, Plaintiff Trust Advisory Committee, Counter-Defendant Hon. Charles Renfrew (Ret.), Plaintiff Hon. Charles Renfrew (Ret.)). Hearing scheduled for 3/31/2008 at 09:30 AM at Oakland Room 201 - Tchaikovsky. Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee. (Fergus, Gary) (Entered: 03/03/2008) |
| 03/03/2008 | ❑32 | Declaration of Dan M. Guy in Support of *Plaintiffs' Motion for Partial Summary Judgment* (RE: related document(s)30 Motion for Summary Judgment/Adjudication). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Attachments: # 1 Index # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9) (Fergus, Gary) (Entered: 03/03/2008) |

| 03/03/2008 | ●33 | Declaration of Sara Beth Brown in Support of *Plaintiffs' Motion for Summary Judgment* (RE: related document(s)30 Motion for Summary Judgment/Adjudication). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Certificate of Service) (Fergus, Gary) (Entered: 03/03/2008) |
|---|---|---|
| 03/03/2008 | ●34 | Declaration of Al Brayton in Support of *Plaintiffs Motion for Partial Summary Judgment* (RE: related document(s)30 Motion for Summary Judgment/Adjudication). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Fergus, Gary) (Entered: 03/03/2008) |
| 03/03/2008 | ●35 | Declaration of Jeffrey Rehfeld in Support of *Plaintiffs' Motion for Partial Summary Judgment* (RE: related document(s)30 Motion for Summary Judgment/Adjudication). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Fergus, Gary) (Entered: 03/03/2008) |
| 03/03/2008 | ●36 | Declaration of Gary S. Fergus in Support of *Plaintiffs' Motion for Summary Judgment* (RE: related document(s)30 Motion for Summary Judgment/Adjudication). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Fergus, Gary) (Entered: 03/03/2008) |
| 03/04/2008 | ●37 | Certificate of Service *re Declarations of Alan R. Brayton and Jeffrey K. Rehfeld in Support of Plaintiffs' Motion for Partial Summary Judgment* (RE: related document(s)35 Declaration,, 34 Declaration, ). (Fergus, Gary) (Entered: 03/04/2008) |
| 03/04/2008 | ●38 | Third Amended Notice of Hearing *Motion for Judgment and Notice of Status Conference* (RE: related document(s)23 Motion Miscellaneous Relief, filed by Counter-Claimant Hartford Accident & Indemnity Company, Defendant Hartford Accident & Indemnity Company). Hearing scheduled for 3/31/2008 at 09:30 AM at Oakland Room 201 - Tchaikovsky. Filed by Defendant Hartford Accident & Indemnity Company. (Weinberg, Joshua) (Entered: 03/04/2008) |
| 03/04/2008 | ●39 | Supplemental Declaration of Sara Beth Brown in in support of *Plaintiffs' Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment [With Appendix Under Seal]* (RE: related document(s)30 Motion for Summary Judgment/Adjudication). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Appendix Cover Sheet only# 8 Certificate of Service) (Fergus, Gary) (Entered: |

| | | 03/04/2008) |
|---|---|---|
| 03/04/2008 | ❏40 | Document Filed Under Seal: Appendix to (Supplemental) Declaration of Sara Beth Brown in Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment . (RE: related document(s)39 Declaration). Filed by Intervenor Trustees of the Western Asbestos Settlement Trust (pl, ) (Entered: 03/05/2008) |
| 03/05/2008 | ❏41 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)29 Order on Motion for Miscellaneous Relief). Service Date 03/05/2008. (Admin.) (Entered: 03/05/2008) |
| 03/14/2008 | ❏42 | Notice Regarding *Errata and Filing of Signature Page to the Declaration of M. Guy* (RE: related document(s)32 Declaration, filed by Counter-Defendant Trust Advisory Committee, Plaintiff Trust Advisory Committee, Counter-Defendant Hon. Charles Renfrew (Ret.), Plaintiff Hon. Charles Renfrew (Ret.)). Filed by Plaintiff Hon. Charles Renfrew (Ret.). (Attachments: # 1 Exhibit A - signature page) (Fergus, Gary) (Entered: 03/14/2008) |
| 03/17/2008 | ❏43 | Memorandum of Points and Authorities in Support of *Plaintiffs' Motion for Partial Summary Judgment and in Opposition to Hartford Accident and Indemnity Company's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment* (RE: related document(s)30 Motion for Summary Judgment/Adjudication). Filed by Intervenor Trustees of the Western Asbestos Settlement Trust (Chubb, Janet) (Entered: 03/17/2008) |
| 03/17/2008 | ❏44 | Declaration of Laura J. Remington in Support of *Plaintiffs' Motion for Partial Summary Judgment and in Opposition to Hartford Accident and Indemnity Company's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment* (RE: related document(s)30 Motion for Summary Judgment/Adjudication). Filed by Intervenor Trustees of the Western Asbestos Settlement Trust (Attachments: # 1 Exhibit A# 2 Exhibit B) (Chubb, Janet) (Entered: 03/17/2008) |
| 03/17/2008 | ❏45 | Brief/Memorandum in Opposition to *Plaintiffs' Motion for Partial Summary Judgment* (RE: related document(s)30 Motion for Summary Judgment/Adjudication, 23 Motion Miscellaneous Relief, ). Filed by Defendant Hartford Accident & Indemnity Company (Weinberg, Joshua) (Entered: 03/17/2008) |
| 03/17/2008 | ❏46 | Declaration of Joshua D. Weinberg in Support of (RE: related document(s)45 Opposition Brief/Memorandum, ). Filed by Defendant Hartford Accident & Indemnity Company (Attachments: # 1 Exhibit One# 2 Declaration Two# 3 Declaration Three# 4 Exhibit Four# 5 |

| | | |
|---|---|---|
| | | Exhibit Five# 6 Exhibit Six# 7 Exhibit Seven# 8 Exhibit Eight# 9 Exhibit Nine# 10 Exhibit Ten# 11 Exhibit Eleven# 12 Exhibit Twelve# 13 Exhibit Thirteen# 14 Exhibit Fourteen# 15 Exhibit Fifteen) (Weinberg, Joshua) (Entered: 03/17/2008) |
| 03/17/2008 | ●47 | Declaration of Michael F. Ceppi in Support of *Opposition to Plaintiffs' Motion for Summary Judgment* (RE: related document(s)45 Opposition Brief/Memorandum, ). Filed by Defendant Hartford Accident & Indemnity Company (Attachments: # 1 Exhibit One) (Weinberg, Joshua) (Entered: 03/17/2008) |
| 03/17/2008 | ●48 | Joint Brief/Memorandum in Opposition to *Defendant Hartford Accident and Indemnity Company's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment* (RE: related document(s)23 Motion Miscellaneous Relief, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Sacks, Steven) (Entered: 03/17/2008) |
| 03/17/2008 | ●49 | Declaration of Bruce Eisenbraun in support of *Futures Representative's And Trust Advisory Committee's Opposition To Hartford?s Motion For Summary Judgment* (RE: related document(s)48 Opposition Brief/Memorandum, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Fergus, Gary) (Entered: 03/17/2008) |
| 03/17/2008 | ●50 | Declaration of Joseph Johnson in support of *Futures Representative's And Trust Advisory Committee's Opposition To Hartford?s Motion For Summary Judgment* (RE: related document(s)48 Opposition Brief/Memorandum, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Attachments: # 1 Exhibit 1) (Fergus, Gary) (Entered: 03/17/2008) |
| 03/17/2008 | ●51 | Declaration of Arthur Klimack in support of *Futures Representative's And Trust Advisory Committee's Opposition To Hartford's Motion For Summary Judgment* (RE: related document(s)48 Opposition Brief/Memorandum, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Fergus, Gary) (Entered: 03/17/2008) |
| 03/17/2008 | ●52 | Declaration of Michael Mandelbrot in support of *Futures Representative's And Trust Advisory Committee's Opposition To Hartford's Motion For Summary Judgment* (RE: related document(s)48 Opposition Brief/Memorandum, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Fergus, Gary) (Entered: 03/17/2008) |
| 03/17/2008 | ●53 | Declaration of Jerry Neil Paul in support of *Futures Representative's And Trust Advisory Committee's Opposition To Hartford's Motion For Summary Judgment* (RE: related document(s)48 Opposition Brief/Memorandum, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), |

| | | |
|---|---|---|
| | | Trust Advisory Committee (Fergus, Gary) (Entered: 03/17/2008) |
| 03/17/2008 | ❏54 | Declaration of Aubrey Pike in support of *Futures Representative's And Trust Advisory Committee's Opposition To Hartford's Motion For Summary Judgment* (RE: related document(s)48 Opposition Brief/Memorandum, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Attachments: # 1 Exhibit 1) (Fergus, Gary) (Entered: 03/17/2008) |
| 03/17/2008 | ❏55 | Declaration of The Honorable Charles B. Renfrew (Ret.) in support of *Plaintiffs' Opposition to Hartford's Motion For Summary Judgment* (RE: related document(s)48 Opposition Brief/Memorandum, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Attachments: # 1 Exhibit A) (Fergus, Gary) (Entered: 03/17/2008) |
| 03/17/2008 | ❏56 | Declaration of Frederick Schenk in support of *Futures Representative's And Trust Advisory Committee's Opposition To Hartford's Motion For Summary Judgment* (RE: related document(s)48 Opposition Brief/Memorandum, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Attachments: # 1 Exhibit 1) (Fergus, Gary) (Entered: 03/17/2008) |
| 03/17/2008 | ❏57 | Declaration of Michelle Whitman in support of *Futures Representative's And Trust Advisory Committee's Opposition To Hartford's Motion For Summary Judgment* (RE: related document(s)48 Opposition Brief/Memorandum, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Fergus, Gary) (Entered: 03/17/2008) |
| 03/17/2008 | ❏58 | Declaration of Madelyn Yates in support of *Futures Representative's And Trust Advisory Committee's Opposition To Hartford's Motion For Summary Judgment* (RE: related document(s)48 Opposition Brief/Memorandum, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Fergus, Gary) (Entered: 03/17/2008) |
| 03/24/2008 | ❏59 | Memorandum of Points and Authorities in Support of *Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment* (RE: related document(s)23 Motion Miscellaneous Relief, ). Filed by Defendant Hartford Accident & Indemnity Company (Weinberg, Joshua) (Entered: 03/24/2008) |
| 03/24/2008 | ❏60 | Reply to *Defendant Hartford Accident Indemnity Company's Opposition to Plaintiffs' Motion for Partial Summary Judgment* (RE: related document(s)45 Opposition Brief/Memorandum, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Fergus, Gary) (Entered: 03/24/2008) |

| 03/24/2008 | ●61 | Declaration of Gary S. Fergus in support of *Plaintiffs' Reply to Hartford Accident Indemnity Company's Opposition to Plaintiffs' Motion for Partial Summary Judgment* (RE: related document(s)60 Reply, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Fergus, Gary) (Entered: 03/24/2008) |
|---|---|---|
| 03/24/2008 | ●62 | Declaration of Dan M. Guy in support of *Plaintiffs' Reply to Hartford Accident and Indemnity Company's Opposition to Plaintiffs' Motion for Partial Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment* (RE: related document(s)60 Reply, ). Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee (Fergus, Gary) (Entered: 03/24/2008) |
| 03/31/2008 | ●63 | MINUTES: HEARING HELD ON 3/31/08 AT 9:30 A.M. APPEARING: GARY FERGUS - FOR PLTF./C-DEFT. HON. CH. RENFREW, FUTURES REPRESENTATIVE, STEVEN SACKS and DAVID MCCLAIN - FOR PLTF./C-DEFT. TRUST ADVISORY COMMITTEE, WILLIAM BOWMAN - FOR DEFT./C-PLTF. HARTFORD, LAURA REMINGTON - FOR INTERVENOR, WESTERN ASBESTOS SETTLEMENT TRUST. 1) HARTFORD'S MOTION AND PLAINTIFFS' COUNTER MOTION ARE TAKEN UNDER SUBMISSION BY THE COURT. THE COURT WILL ISSUE AN OPINION. 2) STATUS CONFERENCE TAKEN OFF CALENDAR. (RE: related document(s)13 Answer to Complaint , Counterclaim by Hartford Accident & Indemnity Company against all plaintiffs Filed by Hartford Accident & Indemnity Company. (Weinberg, Joshua), 26 Intervenor's Complaint *For Declaratory Relief* by Janet L. Chubb on behalf of Trustees of the Western Asbestos Settlement Trust against Hartford Accident & Indemnity Company. (Attachments: # (1) Summons to be Issued) (Chubb, Janet), 1 Adversary case 07-04141. 91 (Declaratory judgment), 72 (Injunctive relief - other) Complaint by Trust Advisory Committee against Hartford Accident & Indemnity Company. Fee Amount $250. (Attachments: # (1) Exhibit Exhibit 1, part 1 of 2# (2) Exhibit Exhibit 1, part 2 of 2# (3) Exhibit Exhibit 2# (4) Exhibit Exhibit 3# (5) Exhibit Exhibit 4# (6) Exhibit Exhibit 5# (7) AP Cover Sheet # (8) Summons to be Issued and Notice of Status Conference in Adversary Proceeding) (Rehfeld, Jeffrey) Modified on 8/31/2007 REPRESENTED BY SECTION NOT FILED OUT CORRECTLY. NO SUMMONS TO BE ISSUED OR ADVERSARY COVER SHEET FILED. (am, ). Modified on 9/4/2007 THE ATTORNEY, GARY S. FERGUS WAS NOT ASSOCIATED WITH THE SECOND PLAINTIFF, HIS CLIENT, HON. CHARLES RENFREW. COURT Created THE ASSOCIATION.(jkw, ). Modified on 9/4/2007 (am, )., 30 Motion for Summary Judgment *Motion for Partial Summary Judgment* Filed by Plaintiffs Hon. Charles Renfrew (Ret.), Trust Advisory Committee. (Fergus, Gary), 23 Motion *for Judgment on the Pleadings or, in the Alternative, for Summary Judgment* Filed by Defendant Hartford |

| | | |
|---|---|---|
| | | Accident & Indemnity Company. (Attachments: # (1) Declaration of William J. Bowman# (2) Exhibit 1, Part 1 to Bowman Declaration# (3) Exhibit 1, Part 2 to Bowman Declaration# (4) Exhibit 1, Part 3 to Bowman Declaration# (5) Exhibit 2-8 to Bowman Declaration) (Weinberg, Joshua) Modified on 1/16/2008 THE MOTION ASKS FOR MULTIPLE RELIEF TYPES (pl, ), 10 Corrected Notice of Status Conference to be held on 11/8/2007 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Plaintiff Hon. Charles Renfrew (Ret.). (Fergus, Gary), 18 Notice of *Continuance of November 8, 2007* Status Conference to be held on 1/17/2008 at 02:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Plaintiff Trust Advisory Committee. (Rehfeld, Jeffrey), 5 Motion to Intervene Filed by Intervenor TRUSTEES OF THE WESTERN ASBESTOS SETTLEMENT TRUST. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E) (Chubb, Janet), 3 Summons Issued on Hartford Accident & Indemnity Company Answer Due 10/4/2007. Status Conference to be held on 11/8/2007 at 11:00 AM at Oakland Room 201 - Tchaikovsky. (am, )). (hb, ) (Entered: 03/31/2008) |
| 04/03/2008 | ❏64 | Amended Complaint *in Intervention for Declaratory Relief* by Janet L. Chubb on behalf of Trustees of the Western Asbestos Settlement Trust against Hartford Accident & Indemnity Company. (RE: related document(s)26 Intervenor's Complaint filed by Intervenor Trustees of the Western Asbestos Settlement Trust). (Chubb, Janet) (Entered: 04/03/2008) |
| 04/03/2008 | ❏65 | Supplemental Document *Response to Questions Raised at 3/31/08* in Oral Argument on Motion for Partial Summary Judgment and Motion for Judgment on the Pleadings, or in the Alternative, for Summary Judgment (RE: related document(s)[63] Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), Hearing Held (Bk), 30 Motion for Summary Judgment/Adjudication). Filed by Intervenor Trustees of the Western Asbestos Settlement Trust (Chubb, Janet) (Entered: 04/03/2008) |
| 04/11/2008 | ❏66 | Memorandum of Decision re Various Motions Regarding Hartford Accident and Indemnity Company's Rights under the Settlement Agreement (pl, ) (Entered: 04/11/2008) |
| 04/13/2008 | ❏67 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)66 Memorandum Decision). Service Date 04/13/2008. (Admin.) (Entered: 04/14/2008) |
| 04/24/2008 | 68 | **COURT ENTRY**.A CHECK FROM ATTORNEY ROBERT BINION WAS RECEIVED BY THE COURT ON 4/24/08 FOR A |

| | | |
|---|---|---|
| | | TRANSCRIPT OF THE HEARING ON 3/31/08. THE CHECK WAS ENDORSE-STAMPED BY THE MAIL PERSON IN ERROR. BECAUSE OF THE POSSIBILITY THAT THE TRANSCRIBER WOULD NOT BE ABLE TO CASH THE CHECK, IT WAS MARKED VOID AND RETURNED TO THE ATTORNEY. THE ATTORNEY'S ASSISTANT, DEBORAH WAS TOLD THAT A DAILY TRANSCRIPT WAS ON ORDER AND SHOULD BE AVAILABLE FOR COPY IN ABOUT A WEEK. THE CMA TOLD DEBORAH THAT SHE WOULD CALL THE ATTORNEY WHEN THE COPY WAS AVAILABLE. (pl, ) (Entered: 04/24/2008) |
| 04/24/2008 | | **COURT ENTRY** TRANSCRIPT ORDER FOR THE HEARING DATE 3/31/08 WAS FEDEXED TO JOSEPHINE MCCALL. THIS ORDER WAS ORIGINALLY MAILED TO SF BY THE ATTORNEY ON 3/16/08. ON 3/18/08 THE ATTORNEY SPOKE WITH AN RC IN OUR DIVISION. THE RC REQUESTED THAT THEY E-MAIL THE ORDER FORM TO THIS DIVISION. THE ESTIMATE WAS RELAYED TO THE ATTORNEY ON THE AFTERNOON OF 3/18/08. ON 3/23/08 THE CHECK FOR THE TRANSCRIPT WAS RECEIVED BY THE COURT. THERE WERE NO DIRECTIONS WHETHER TO MAIL OR FEDEX THE ORDER TO THE TRANSCRIBER. THE ATTORNEY WAS CALLED ON 4/23/08. WHEN THERE WAS NO RETURN CALL, THE RC CALLED AGAIN ON 4/24/08. THE ATTORNEY AUTHORIZED THE USE OF THEIR FEDEX ACCOUNT TO SEND THE ORDER TO THE TRANSCRIBER AND THE ORDER WAS SENT OUT. (pl, ) (Entered: 04/24/2008) |
| 04/29/2008 | ❑69 | Transcript, Date of Hearing: 3-31-08*1) Hartford's Motion for Judgment on the Pleadings, or in the Alternative, for Summary Judgment; 2) Plaintiffs' Motion for Partial Summary Judgment; 3) Status Conference.* (McCall, Jo) (Entered: 04/29/2008) |
| 07/16/2008 | ❑70 | Certificate of Service *for the proposed order.* Filed by Plaintiff Trust Advisory Committee (Sacks, Steven) (Entered: 07/16/2008) |
| 07/16/2008 | ❑71 | Notice Regarding *Submission of Proposed Order and Permanent Injunction re Summary Judgment Motions* (RE: related document(s)30 Motion for Summary Judgment/Adjudication filed by Counter-Defendant Trust Advisory Committee, Plaintiff Trust Advisory Committee, Counter-Defendant Hon. Charles Renfrew (Ret.), Plaintiff Hon. Charles Renfrew (Ret.), 23 Motion Miscellaneous Relief, filed by Counter-Claimant Hartford Accident & Indemnity Company, Defendant Hartford Accident & Indemnity Company). Filed by Plaintiff Trust Advisory Committee. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Sacks, Steven) (Entered: 07/16/2008) |
| 07/16/2008 | ❑72 | Certificate of Service (RE: related document(s)71 Notice,, ). Filed by |

| | | |
|---|---|---|
| | | Plaintiff Trust Advisory Committee (Sacks, Steven) (Entered: 07/16/2008) |
| 07/16/2008 | ❍73 | Notice Regarding *Submission of Proposed Orders* (RE: related document(s)66 Memorandum Decision). Filed by Defendant Hartford Accident & Indemnity Company. (Attachments: # 1 Exhibit One# 2 Exhibit Two# 3 Exhibit Three# 4 Exhibit Four) (Weinberg, Joshua) (Entered: 07/16/2008) |
| 07/17/2008 | ❍74 | MINUTES: STATUS CONFERENCE HELD ON 7/17/08 AT 11:00 A.M. APPEARING: GARY FERGUS - FOR PLTF./C-DEFT. HON. CH. RENFREW, FUTURES REPRESENTATIVE, STEVEN SACKS - FOR PLTF./C-DEFT. TRUST ADVISORY COMMITTEE, WILLIAM BOWMAN - FOR DEFT./C-PLTF. HARTFORD (BY TEL.), JANET CHUBB (BY TEL.) AND LAURA REMINGTON - FOR INTERVENOR, WESTERN ASBESTOS SETTLEMENT TRUST. TWO PROPOSED FORMS OF ORDER HAVE BEEN SUBMITTED: ONE BY HARTFORD AND ONE BY THE TRUST. THE COURT WILL PERMIT THE FORM SUBMITTED BY THE TRUST TO BE APPROVED WITH THE EXCEPTION THAT THE COURT WILL EXTEND THE TIME THAT HARTFORD CAN KEEP THE DOCUMENTS TO 6 MONTHS. THE TRUST TO SUBMIT A NEW FORM OF ORDER. (RE: related document(s)66 Memorandum of Decision re Various Motions Regarding Hartford Accident and Indemnity Company's Rights under the Settlement Agreement (pl, )). (hb, ) (Entered: 07/17/2008) |
| 07/22/2008 | ❍75 | Corrected Certificate of Service *of Order & Permanent Injunction* (RE: related document(s)30 Motion for Summary Judgment/Adjudication). Filed by Plaintiff Trust Advisory Committee (Sacks, Steven) Modified on 7/23/2008 DOCKET TEXT WAS ENTERED IN ALL CAPS -COURT CORRECTED (pl, ). (Entered: 07/22/2008) |
| 07/23/2008 | ❍ | **CORRECTIVE ENTRY** Docket Text Was Entered in All Caps -Court Corrected. Attorney Should Never Use All Caps, That Is Reserved for Court Annotations and Corrections (RE: related document(s)75 Certificate of Service, ). (pl, ) (Entered: 07/23/2008) |
| 08/11/2008 | ❍76 | Order and Permanent Injunction Granting Trust Fiduciaries' Motion for Partial Summary Judgment, Denying Hartford Accident and Indemnity Company's Motions for Judgment on the Pleadings or Summary Judgment, Ordering Production of Audit Information, and Dismissing Trust Fiduciaries Second Cause of Action as Moot (Related Doc # 30) (pl, ) (Entered: 08/12/2008) |
| 08/14/2008 | ❍77 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)76 Order on Motion for Summary Judgment/Adjudication, ). |

| | | |
|---|---|---|
| | | Service Date 08/14/2008. (Admin.) (Entered: 08/14/2008) |
| 08/21/2008 | ❍78 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)76 Order on Motion for Summary Judgment/Adjudication, ). Appellant Designation due by 9/2/2008. Transmission to District Court due by 9/22/2008. Filed by Defendant Hartford Accident & Indemnity Company (Weinberg, Joshua) (Entered: 08/21/2008) |
| 08/22/2008 | | Receipt of Appeal Filing Fee. Amount 255.00 from Hogan & Hartson Llp. Receipt Number 40063385. (ls) (Entered: 08/22/2008) |
| 08/25/2008 | ❍79 | Judgment . (pl, ) (Entered: 08/26/2008) |
| 08/26/2008 | | Receipt of filing fee for Notice of Appeal(07-04141) [appeal,ntcapl] ( 255.00). Receipt number 40063385, amount $ 255.00 (trw) (Entered: 08/26/2008) |