**FILED**

SEP 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

SEP - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

Hartford Accident and Indemnity Company,
    Appellant,

v.

Hon. Charles Renfrew, et al.,
    Appellees.

CASE NO. 3:08-cv-04127-MHP

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

_____/

Joshua D. Weinberg, an active member in good standing of the bar of the Court of Appeals of New York whose business address and telephone number (particular court to which applicant is admitted) is

Hogan & Hartson LLP    (202) 637-5600
555 13th Street, N.W.
Washington, DC 20004

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Hartford Accident and Indemnity Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/12/08

_____
United States District Judge

RECEIVED
SEP - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

Hartford Accident and Indemnity Company,
    Appellant,

v.

Hon. Charles Renfrew, et al.,
    Appellees.

                                         /

CASE NO. 3:08-cv-04127-MHP

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

    William J. Bowman    , an active member in good standing of the bar of

    the District of Columbia    whose business address and telephone number

(particular court to which applicant is admitted)

is

Hogan & Hartson LLP    (202) 637-5600
555 13th Street, N.W.
Washington, DC 20004

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing    Hartford Accident and Indemnity Company    .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/12/08

                                          United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

RECEIVED
SEP - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

Hartford Accident and Indemnity Company,
    Appellant,

v.

Hon. Charles Renfrew, et al.,
    Appellees.

_____/

CASE NO. 3:08-cv-04127-MHP

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Katherine M. Hance , an active member in good standing of the bar of the Supreme Court of Virginia whose business address and telephone number (particular court to which applicant is admitted) is

Hogan & Hartson LLP   (202) 637-5600
555 13th Street, N.W.
Washington, DC 20004

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Hartford Accident and Indemnity Company .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California