UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re WESTERN ASBESTOS COMPANY, et al.

        Debtors.
_____/

HON. CHARLES RENFREW (RET.), FUTURES REPRESENTATIVE TO THE WESTERN ASBESTOS SETTLEMENT TRUST, AND THE TRUST ADVISORY COMMITTEE TO THE WESTERN ASBESTOS SETTLEMENT TRUST,

        Plaintiffs/Appellees,

    v.

HARTFORD ACCIDENT AND INDEMNITY COMPANY,

        Defendant/Appellant.
_____/

No. C 08-4127 PJH/08-4376 PJH
Bankr. Case No. 02-46284
Adv. Case No. 07-4141

**ORDER FOR CONSOLIDATED BRIEFING**

        On October 21, 2008, the court related the above two bankruptcy appeals because they involve an appeal of related orders issued by the bankruptcy court on August 11, 2008, and August 21, 2008, in the main Chapter 11 bankruptcy case, and in the above adversary proceeding. Subsequently, on October 22, 2008, the clerk's office of this court issued a notice of briefing in both cases C 08-4127 PJH and C 08-4376 PJH. However, because the appeals are overlapping and involve the same parties and issues, the court VACATES the clerk's notice in both cases, and sets forth a consolidated briefing schedule below.

        The appellant must file and serve **one** brief not exceeding 25 pages in length on **November 21, 2008.** The appellees must file and serve **one** opposition brief not exceeding

25 pages in length within **twenty days** of service of appellant's brief.  The appellant must file and serve **one** reply brief not exceeding 15 pages in length within **ten days** of service of appellees' brief.  The matter will be decided on the papers.

**IT IS SO ORDERED.**

Dated: October 22, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge