SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947
Email:           mahrens@sheppardmullin.com
                    ssacks@sheppardmullin.com

Attorneys for
Trust Advisory Committee to the Western
Asbestos Settlement Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY, | Case No. 08-04127 PHJ<br>Case No. 08-04376 PHJ |
| Appellant, | |
| v. | |
| HON. CHARLES RENFREW (RET.), FUTURES REPRESENTATIVE TO THE WESTERN ASBESTOS SETTLEMENT TRUST, AND THE TRUST ADVISORY COMMITTEE TO THE WESTERN ASBESTOS SETTLEMENT TRUST, | |
| Appellees. | |

**STIPULATION CONCERNING REVISED BRIEFING SCHEDULE FOR APPEALS BY HARTFORD ACCIDENT AND INDEMNITY COMPANY**

1  Appellant Hartford Accident and Indemnity Company ("Hartford") and 2 Appellees, the Honorable Charles B. Renfrew (Ret.), the Futures Representative for the 3 Western Asbestos Settlement Trust, and the Trust Advisory Committee of the Western 4 Asbestos Settlement Trust ("Appellees") hereby stipulate as follows:

5  1. Appellees' brief in these consolidated appeals is presently due on December 6 11, 2008. The Appellees have had a limited amount of time in which to prepare their brief 7 on appeal in view of the Thanksgiving holiday intervening after the service of Appellant's 8 Opening Brief.

9  2. The parties agree to the following briefing schedule for the consolidated 10 appeals brought by Hartford, Case No. 08-04127 and Case No. 08-04376:

11  a. Hartford's opening brief has been filed and served electronically on or 12 before November 21, 2008;

13  b. Appellees' brief shall be filed and served electronically on or before 14 December 22, 2008;

15  c. Hartford's reply brief shall be filed and served electronically on or before 16 January 15, 2009.

17  3. A proposed order incorporating these dates is being submitted along with 18 this Stipulation.

19 Dated: December 9, 2008

20  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

23  By      /s/ STEVEN B. SACKS
24  STEVEN B. SACKS
   Attorneys for
25  Trust Advisory Committee to the Western
26  Asbestos Settlement Trust

1 | Dated: December 9, 2008

FERGUS, A LAW FIRM

By       /s/ Gary S. Fergus
GARY S. FERGUS
Attorneys for
Hon. Charles Renfrew (Ret.), the Futures Representative to the Western Asbestos Settlement Trust

Dated: December 9, 2008

HOGAN & HARTSON LLP

By       /s/ William J. Bowman
WILLIAM J. BOWMAN
Attorneys for
Hartford Accident and Indemnity Company

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:          mahrens@sheppardmullin.com
                    ssacks@sheppardmullin.com

Attorneys for
Trust Advisory Committee to the Western
Asbestos Settlement Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY,<br><br>            Appellant,<br><br>v.<br><br>HON. CHARLES RENFREW (RET.), FUTURES REPRESENTATIVE TO THE WESTERN ASBESTOS SETTLEMENT TRUST, AND THE TRUST ADVISORY COMMITTEE TO THE WESTERN ASBESTOS SETTLEMENT TRUST,<br><br>            Appellees. | Case No. 08-04127 PHJ<br>Case No. 08-04376 PHJ |

**ORDER SETTING REVISED BRIEFING SCHEDULE FOR APPEALS BY HARTFORD ACCIDENT AND INDEMNITY COMPANY**

1  Appellant Hartford Accident and Indemnity Company ("Hartford") and Appellees, the
2  Honorable Charles B. Renfrew (Ret.), the Futures Representative for the Western Asbestos
3  Settlement Trust, and the Trust Advisory Committee of the Western Asbestos Settlement Trust
4  ("Appellees"), having stipulated to revise their briefing schedule, and good cause appearing, it is
5  hereby ordered as follows:

6  As to the consolidated appeals pending herein:

7  a. Hartford's opening brief has been filed and served electronically on or
8  before November 21, 2008;

9  b. Appellees' brief shall be filed and served electronically on or before
10  December 22, 2008;

11  c. Hartford's reply brief shall be filed and served electronically on or before
12  January 15, 2009.

13  So ordered on December __10__, 2008

15  _____
16  U.S. Dis...

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA