United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re WESTERN ASBESTOS COMPANY, et al.

      Debtors.
_____/

HON. CHARLES RENFREW (RET.), FUTURES REPRESENTATIVE TO THE WESTERN ASBESTOS SETTLEMENT TRUST, AND THE TRUST ADVISORY COMMITTEE TO THE WESTERN ASBESTOS SETTLEMENT TRUST,

      Plaintiffs/Appellees,

   v.

HARTFORD ACCIDENT AND INDEMNITY COMPANY,

      Defendant/Appellant.
_____/

No. C 08-4127 PJH/08-4376 PJH
Bankr. Case No. 02-46284
Adv. Case No. 07-4141

**ORDER REQUIRING APPELLANT TO SUPPLEMENT RECORD ON APPEAL**

     Although it is necessary for the court's resolution of the issues on appeal in the above related cases, neither party designated the Chapter 11 Plan or related confirmation order for inclusion in the record on appeal, nor did they submit it among the voluminous declarations and exhibits submitted with their briefs on appeal. Accordingly, the court orders appellant to submit the operative plan and confirmation order **no later than Thursday, June 4, 2009.** Appellant should deliver copies of the documents to the undersigned's chambers.

     **IT IS SO ORDERED.**

Dated: May 28, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge