UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re WESTERN ASBESTOS COMPANY, et al.

        Debtors.
_____/

HON. CHARLES RENFREW (RET.), FUTURES REPRESENTATIVE TO THE WESTERN ASBESTOS SETTLEMENT TRUST, AND THE TRUST ADVISORY COMMITTEE TO THE WESTERN ASBESTOS SETTLEMENT TRUST,

        Plaintiffs/Appellees,

    v.

HARTFORD ACCIDENT AND INDEMNITY COMPANY,

        Defendant/Appellant.
_____/

No. C 08-4127 PJH/08-4376 PJH
Bankr. Case No. 02-46284
Adv. Case No. 07-4141

**JUDGMENT**

    Pursuant to the order affirming the bankruptcy court's judgment signed today, the above appeals are DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 10, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge